PETITIONS FOR CERTIORARI GRANTED, FROM JANUARY 29, 1924, TO AND INCLUDING APRIL 27, 1924.

No. 718. YADKIN RAILROAD COMPANY ET AL. *v.* ADA SIGMON, ADMINISTRATRIX, ETC. February 18, 1924. Petition for a writ of certiorari to the Supreme Court of the State of North Carolina granted. *Mr. H. O'B. Cooper, Mr. S. R. Prince, Mr. B. S. Womble* and *Mr. L. E. Jeffries* for petitioners. *Mr. T. D. Maness* for respondent.

No. 736. WONG DOO *v.* UNITED STATES. February 18, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted; and cause placed on the summary docket and assigned for argument on Monday, April 7 next, after the cases heretofore assigned for that day. *Mr. Jackson H. Ralston, Mr. George W. Hott* and *Mr. William J. Dawley* for petitioner. *The Attorney General* for the United States.

No. 757. JAMES C. DAVIS, DIRECTOR GENERAL OF RAILROADS, AS AGENT, ETC. *v.* TIMOTHY DONOVAN, AS OWNER OF THE DECK SCOW "MARY ETHEL," ET AL. February 18, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted; and cause placed on the summary docket and assigned for argument on Monday, April 7 next, after the cases heretofore assigned for that day. *Mr. Evan Shelby, Mr. A. A. McLaughlin* and *Mr. John E. Walker* for petitioner. *Mr. George V. A. McCloskey* for respondents.

No. 784. MARGARET C. LYNCH, EXECUTRIX, ETC. *v.* ALWORTH-STEPHENS COMPANY. March 3, 1924. Petition for a writ of certiorari to the Circuit Court of Ap-